United States District Court
Southern District of Texas
**ENTERED**
November 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIS SWEARINGEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-276 |
| | § | |
| 296 SOUTHLAKE, LTD, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 26), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 22nd day of November, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE